IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                                                           PLAINTIFF

v.                                        No. 3:16-cv-233-DPM

ALLISON HUCKABEE, Administrator,
Greene County Detention Center; DAVID
CARTER, Sheriff, Greene County Sheriff's
Office; D. CRITTENDEN, Assistant Jail
Administrator, Greene County Detention
Center; B. CAGLE, Sergeant, Greene County
Detention Center; A. CATTERTON, Corporal;
M. KELLER, Corporal; R. SMITH, Sergeant;
and C. LOONEY, Sr. Grievance                                                              DEFENDANTS

ORDER

1. On *de novo* review, the Court adopts the recommendation, № 5, and overrules Addison's objections, № 6. FED. R. CIV. P. 72(b)(3). Addison's motion to proceed *in forma pauperis*, № 2, is denied; and his complaint and amended complaint will be dismissed without prejudice. If Addison wants to proceed with this case, then he must pay the $400 filing and administrative fees and file a motion to reopen by 17 November 2016.

2. An *in forma pauperis* appeal from Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 October 2016