IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                                    PLAINTIFF

v.                              No. 3:16-cv-233-DPM

ALLISON HUCKABEE, Administrator,
Greene County Detention Center; DAVID
CARTER, Sheriff, Greene County Sheriff's
Office; D. CRITTENDEN, Assistant Jail
Administrator, Greene County Detention
Center; B. CAGLE, Sergeant, Greene County
Detention Center; A. CATTERTON, Corporal;
M. KELLER, Corporal; R. SMITH, Sergeant;
and C. LOONEY, Sr. Grievance                                        DEFENDANTS

## JUDGMENT

Addison's complaint and amended complaint are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 October 2016